# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

Krishna Patel*, et al.*,

                     Plaintiffs,        Case No. 26-10087

v.                                Judith E. Levy
                                   United States District Judge

Allure Medical Spa, PLLC,

                                   Mag. Judge Curtis Ivy, Jr.

                   Defendant.

_____/

# ORDER DENYING WITHOUT PREJUDICE AS MOOT
# DEFENDANT'S MOTION TO DISMISS [11]

On January 9, 2026, the complaint was filed in this case. (ECF No. 1.) On April 13, 2026, Defendant filed a motion to dismiss the complaint under Federal Rules of Civil Procedure 12(b)(1) and 12(b)(6). (ECF No. 11.) Plaintiffs then filed an amended complaint on June 10, 2026. (ECF No. 15.) The amended complaint adds Plaintiffs Krishna Patel and Erin Drye, and Plaintiff Hope Grinage is no longer in the case. (*Id.*)

Without expressing any view as to whether the amended complaint cures the purported deficiencies claimed in the motion to dismiss, the Court DENIES WITHOUT PREJUDICE AS MOOT Defendant's motion

to dismiss in light of the filing of the amended complaint. "[A]n amended complaint supersedes all prior complaints." *Drake v. City of Detroit*, 266 Fed. App'x 444, 448 (6th Cir. 2008). "It follows that 'motions directed at the superseded pleading,'" such as Defendant's motion here, "generally are to be denied as moot." *Nails v. RPI-Section 8 Housing*, No. 2:17-cv-13702, 2019 WL 1112381, at *4 (E.D. Mich. Mar. 11, 2019) (quoting *Heard v. Strange*, 2:17-cv-13904, 2018 WL 4189652, at *2 (E.D. Mich. June 21, 2018)) (collecting cases) *report and recommendation adopted*, 2018 WL 4184633 (E.D. Mich. Aug. 31, 2018); *see also Braden v. United States*, 817 F.3d 926, 930 (6th Cir. 2016) ("An amended pleading supersedes a former pleading if the amended pleading is complete in itself and does not refer to or adopt a former pleading.") (internal quotation marks omitted).

Plaintiffs filed their first amended complaint by right. Fed. R. Civ. P. 15(a)(1)(B) (a complaint may be amended as of right once within 21 days of the filing of a motion to dismiss); (*see also* ECF No. 14 (stipulated order extending time to file a response or amend the complaint to June 10, 2026).) The first amended complaint is complete in itself and makes no reference to the initial complaint. Accordingly, Defendant is directed

to file a responsive pleading to the amended complaint within 30 days of

this order.

IT IS SO ORDERED.

Dated: June 15, 2026                    s/Judith E. Levy
Ann Arbor, Michigan             JUDITH E. LEVY
                                   United States District Judge

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was served upon counsel of record and any unrepresented parties via the Court's ECF System to their respective email or first-class U.S. mail addresses disclosed on the Notice of Electronic Filing on June 15, 2026.

s/William Barkholz
WILLIAM BARKHOLZ
Case Manager

3